1  LITTLER MENDELSON, P.C.
   RYAN L. EDDINGS, Bar No. 256519
2  JULIE R. CAMPOS, Bar No. 314063
   5200 North Palm Avenue, Suite 302
3  Fresno, CA  93704.2225
   Telephone:   559.244.7500
4  Facsimile:   559.244.7525
   Email: reddings@littler.com
5  Email: jcampos@littler.com

6  Attorneys for Defendant
   VITRO FLAT GLASS, LLC
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | RAY BALLADAREZ,                          | Case No.  1:20−CV−00957−JLT−HBK
12 |                Plaintiff,                | **CERTIFICATE OF SERVICE**
13 | v.                                       |
14 | VITRO FLAT GLASS, LLC, a Delaware        |
15 | Limited Liability Company, and DOES 1-50, inclusive, |
16 |                Defendants.               |

17

18    I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 5200 North Palm Avenue, Suite 302, Fresno, California 93704.2225.  On March 04, 2022, I served the within document(s):

19

20    **1.    DEFENDANT'S DESIGNATION OF EXPERT WITNESSES**

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

Case No. 1:20−CV−00957−JLT−HBK

☐ **By personal service.** I personally delivered the documents to the persons at the addresses listed below. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office, between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses below and *(specify one):*

☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at*:* **Fresno, California**.

☐ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☒ **By electronic service.** Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the persons at the electronic service addresses listed below.

Case No. 1:20−CV−00957−JLT−HBK    2.

| | |
|---|---|
| Matthew D. Owdom<br>OWDOM LAW FIRM<br>632 West Oak Avenue<br>Visalia, CA 93291<br>Telephone: (559)429-4434<br>Email: matt@owdomlawfirm.com | *Counsel for Plaintiff* |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on March 04, 2022, at Fresno, California.

/s/ *Erendira Herrera*
Erendira Herrera

4857-8481-2562.1 / 091086-1007

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA  93704.2225
559.244.7500

Case No. 1:20−CV−00957−JLT−HBK        3.