1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| RAY BALLADAREZ, | Case No. 1:20-cv-00957-JLT-HBK |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION TO AMEND DEADLINES TO CASE MANAGEMENT AND SCHEDULING ORDER |
| v. | |
| VITRO FLAT GLASS, LLC, | (Doc. No. 19) |
| Defendants. | |

The parties, by and through their counsel, request the Court to modify certain deadlines set forth in the December 22, 2020, Case Management and Scheduling Order. (Doc. No. 9). Specifically, the parties request the Court amend the expert discovery deadline and the deadline to file pretrial dispositive motions. (Doc. No. 19). The parties explain that, despite their diligent efforts, due to number of outstanding depositions, the schedule cannot be met. The Court finds good cause to modify the deadlines as stipulated to by the parties.

While the parties did not request a change to the pre-trial conference date, the Court *sua sponte* reset the date for the pre-trial conference. At the time the original Case Management and Scheduling Order (Doc. No. 9) was issued, the case was not assigned to a district judge. The case since has been assigned to the Honorable Jennifer L. Thurston. (Doc. No. 14).[1] The change to

---

[1] Parties should reference Judge Thurston's standing order for her preferences, docket schedule, and rules. (Doc. No.

the pre-trial conference date accommodates the District Court's schedule.

Accordingly, it is ORDERED:

1. The parties' motion to further amend the case management deadlines (Doc. No. 9) is GRANTED.

2. Any hearings previously scheduled hearings are VACATED and will be CONTINUED to the amended dates set forth below.

3. The following amended dates shall govern this action.

**Amended Deadlines and Dates**

| Action or Event | Date |
| --- | --- |
| Expert discovery deadline. | 8/1/2022 |
| Deadline to file pretrial motions | 9/14/2022 |
| Deadline for pretrial statements | 1/27/2022 |
| Deadline for filing a joint pretrial statement | 2/17/2023 |
| Pre-Trial Conference *before the Honorable Jennifer L. Thurston*. | 2/27/2023 1:30 P.M. |
| Month and year of the trial term *before the Honorable Jennifer L. Thurston*. | 05/01/2023 8:30 A.M. |

4. All other provisions of the December 22, 2020, Case Management and Scheduling Order (Doc. No. 9) remain in effect.

Dated:     May 17, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

---

16).

2