| | |
|---|---|
| 1 | LITTLER MENDELSON, P.C. |
| | RYAN L. EDDINGS, Bar No. 256519 |
| 2 | JULIE R. CAMPOS, Bar No. 314063 |
| | 5200 North Palm Avenue, Suite 302 |
| 3 | Fresno, CA  93704.2225 |
| | Telephone: 559.244.7500 |
| 4 | Facsimile:  559.244.7525 |
| | Email: reddings@littler.com |
| 5 | Email: jcampos@littler.com |

Attorneys for Defendant
VITRO FLAT GLASS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY BALLADAREZ, | Case No.  1:20−CV−00957−JLT−HBK |
| Plaintiff, | **ORDER GRANTING STIPULATION TO CONTINUE TRIAL AND PRETRIAL DEADLINES** |
| v. | |
| VITRO FLAT GLASS, LLC, a Delaware Limited Liability Company, and DOES 1-50, inclusive, | Action filed in State Court: May 4, 2020 Fresno County Superior Court Case No. 20CECG01368 |
| Defendants. | |

This Court, having read and considered Plaintiff RAY BALLADAREZ ("Plaintiff") and Defendant VITRO FLAT GLASS, LLC ("Defendant") (together, the "Parties"), Stipulation to Continue Trial and Pretrial Deadlines, hereby ORDERS:

1. The non-dispositive pretrial motion filing deadline shall be continued to May 26, 2023;

2. The pretrial statement filing deadline shall be continued to May 26, 2023;

3. The joint pretrial statement filing deadline shall be continued to June 16, 2023, at 1:30pm in Courtroom 4;

4. The Pretrial Conference shall be continued to June 26, 2023;

Case No. 1:20−CV−00957−JLT−HBK

     5. The month and year of the Trial term shall be continued to September 1, 2023 (excluding September 25-29, 2023).

IT IS SO ORDERED.

Dated: December 8, 2022

*Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE