IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAY BALLADAREZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:20-957-LHR |
| | § | |
| VITRO FLAT GLASS, LLC, a Delaware | § | |
| Limited Liability Corporation, et al., | § | |
| | § | |
| | § | |
| Defendant. | § | |

**SCHEDULING AND
DOCKET CONTROL ORDER**

The disposition of this case will be controlled by the following schedule:

1. October 31, 2024  **NON-DISPOSITIVE PRETRIAL MOTION DEADLINE**

2. January 13, 2025  **PRETRIAL STATEMENT FILING DEADLINE**

3. February 14, 2025  **JOINT PRETRIAL STATEMENT FILING DEADLINE**

4. February 28, 2025  **PRETRIAL CONFERENCE**

5. May 5, 2025  **TRIAL**

6. Additional orders relating to disclosures, discovery, or pretrial motions:

Any party wishing to make any discovery motions should arrange for a premotion conference with the court before the preparation and submission of any motion papers. That includes a motion to compel, to quash, or for protection. Email Mrs. Eddins at Lisa_Eddins@txs.uscourts.gov or fax her at 713-250-5213 to arrange for a premotion conference. Notify your adversary of the date and time for the conference.

SIGNED on July 26, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge