LITTLER MENDELSON, P.C.
RYAN L. EDDINGS, Bar No. 256519
5200 North Palm Avenue, Suite 302
Fresno, CA  93704.2225
Telephone: 559.244.7500
Facsimile:  559.244.7525
Email: reddings@littler.com

Attorneys for Defendant
VITRO FLAT GLASS, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY BALLADAREZ,<br><br>                    Plaintiff,<br><br>v.<br><br>VITRO FLAT GLASS, LLC, a<br>Delaware Limited Liability<br>Company, and DOES 1-50,<br>inclusive,<br><br>                    Defendants. | Case No.  1:20−CV−00957−JLT−HBK |

## ORDER OF DISMISSAL

This Court, having read and considered the parties' Stipulation of Dismissal with Prejudice, ORDERS:

RAY BALLADAREZ *v.* VITRO FLAT GLASS, LLC ; and DOES 1-50, inclusive, Case No. 1:20−CV−00957−LHR−HBK is dismissed with prejudice. Each party is to bear its own respective attorneys' fees and costs.

Dated:  February 14 , 2025

*Lee H. Rosenthal*

HON. LEE H. ROSENTHAL
SENIOR UNITED STATES DISTRICT JUDGE